IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN O'CONNELL,<br><br>  Plaintiff,<br><br>v.<br><br>Superintendent RAYMOND J. SOBINA; DSFM MICHAEL C. BARONE; MAJOR RICHARD M. HALL; MAJOR EDWARD WOJCIK; MS. D. PENICH; UNIT MANAGER PAUL A. ENNIS; UNIT MANAGER BILL C. DOMBROWSKI; SUPT. ASSIST. CHRISTINA KENNEDY; CHIEF GRIEVANCE OFFICER SHARON BURKS; SEC. OF CORR. JEFFERY A. BEARD; TRANSFER TECH. DONALD WILLIAMSON; P.B.P.P. SECRETARY & ACTING SECRETARY SUPT. OF SCI FAYETTE HARRY E. WILSON; SUPT. ASSIST. MARY ANN KUSHNER; DEPUTY BURNS, *DSFM;* LIBRARIAN *(JANE OR JOHN DOE);* INMATE ACCOUNTS *(JANE OR JOHN DOE)*; UNIT MANAGER JOSEPH F. TREMPUS; UNIT MANAGER MICHAEL ZAKEN; CAPT. NICKELSON; LT. KREMPOSKY; LT. CRUMB; OFFICE OF THE ATTORNEY GENERAL, PA<br><br>  Defendants. | Civil Action No. 06 - 238E<br><br>Judge David S. Cercone /<br>Magistrate Judge Lisa Pupo Lenihan<br><br>Doc. No. 19 |

## ORDER

Plaintiff, Warren O'Connell, a prisoner at S.C.I. Forest, submitted a Complaint (Doc. No. 7) along with a Motion to Proceed In Forma Pauperis (Doc. No. 1) on October 17, 2006, which was granted by the Court. He now asks that his case be placed in "civil suspense" for 180 days because he is missing legal work. He blames this missing legal work on the Department of Corrections and states that it is necessary for him to pursue this case. Plaintiff does not specify for the court what legal documents he is missing and why he needs them for this lawsuit and the court is not inclined to allow the case to sit for 180 days. The court is, however, concerned about the

allegations that the Department is intentionally failing to provide Plaintiff with these legal documents in retaliation. Therefore,

**IT IS ORDERED** this 25th day of April, 2007 that the Motion for civil suspense is **DENIED**;

**IT IS FURTHER ORDERED** that Defendants are to provide the court with a response to plaintiff's allegations regarding these legal documents, including any information they may have and grievances or complaints filed by Plaintiff.

**AND IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

Lisa Pupo Lenihan
U.S. Magistrate Judge

cc:

WARREN O'CONNELL
ES-9984
SCI Forest
P.O. Box 945
Marionville, PA 16239

Counsel of record